IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAMELA J. ANDERSON,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND A PLUS
VACATION HOMES &
PROPERTY MANAGEMENT
INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2759

Opinion filed January 21, 2015.

An appeal from the Reemployment Assistance Appeals Commission.

Pamela J. Anderson, pro se, for Appellant.

Norman A. Blessing, General Counsel, and Louis A. Gutierrez, Assistant Court Chief, Reemployment Assistance Appeals Commission, Tallahassee, and Jason H. Clark, West Palm Beach, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, BENTON, and MAKAR, JJ., CONCUR.